**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

In re: GENTILE, SANDRA A.          § Case No. 10-72776
                                    §
                                    §
Debtor(s)                           §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

STEPHEN G. BALSLEY, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $561,614.16              Assets Exempt: $205,825.18
*(without deducting any secured claims)*

Total Distribution to Claimants: $10,906.15    Claims Discharged
                                               Without Payment: $259,424.93

Total Expenses of Administration: $3,894.00

3) Total gross receipts of $ 14,800.15 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $14,800.15 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $350,030.44 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 3,894.00 | 3,894.00 | 3,894.00 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 268,503.21 | 72,973.52 | 72,973.52 | 10,906.15 |
| **TOTAL DISBURSEMENTS** | $618,533.65 | $76,867.52 | $76,867.52 | $14,800.15 |

4) This case was originally filed under Chapter 7 on May 28, 2010. The case was pending for 10 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 04/08/2011     By: /s/STEPHEN G. BALSLEY
                                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Account-American Community Bank-proceeds from sa | 1129-000 | 14,800.00 |
| Interest Income | 1270-000 | 0.15 |
| **TOTAL GROSS RECEIPTS** | | **$14,800.15** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Harris Bank | 4110-000 | 13,137.00 | N/A | N/A | 0.00 |
| NOTFILED | Wells Fargo Home Mortgage Bankruptcy Department | 4110-000 | 259,700.00 | N/A | N/A | 0.00 |
| NOTFILED | Wells Fargo Home Mortgage Bankruptcy Department | 4110-000 | 77,193.44 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$350,030.44** | **$0.00** | **$0.00** | **$0.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| STEPHEN G. BALSLEY | 2100-000 | N/A | 2,230.00 | 2,230.00 | 2,230.00 |
| Barrick, Switzer, Long, Balsley & Van Evera | 3110-000 | N/A | 1,664.00 | 1,664.00 | 1,664.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | |
|---|---|---|---|---|
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | N/A | 3,894.00 | 3,894.00 | 3,894.00 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | N/A | 0.00 | 0.00 | 0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | 0.00 | 0.00 | 0.00 | 0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Chase Bank USA, N.A. | 7100-000 | 18,650.00 | 18,840.71 | 18,840.71 | 2,815.81 |
| 2 | Chase Bank USA, N.A. | 7100-000 | 952.08 | 1,137.50 | 1,137.50 | 170.00 |
| 3 | PYOD LLC its successors and assigns as assignee of | 7100-000 | 23,643.57 | 24,754.50 | 24,754.50 | 3,699.65 |
| 4 | Fia Card Services, NA/Bank of America | 7100-000 | 27,900.00 | 28,240.81 | 28,240.81 | 4,220.69 |
| NOTFILED | Anchor Properties, Inc. c/o John T. Gonnella, Attorney | 7100-000 | 191,639.57 | N/A | N/A | 0.00 |
| NOTFILED | Menards/Household Bank | 7100-000 | 5,717.99 | N/A | N/A | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | | 268,503.21 | 72,973.52 | 72,973.52 | 10,906.15 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 10-72776  
**Case Name:** GENTILE, SANDRA A.  

**Trustee:** (330410) STEPHEN G. BALSLEY  
**Filed (f) or Converted (c):** 05/28/10 (f)  
**§341(a) Meeting Date:** 07/19/10  

**Period Ending:** 04/08/11  
**Claims Bar Date:** 10/27/10

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) DA=§554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | 11409 Reed Road, Huntley, IL | 308,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | Checking account-Charter One Bank | 900.00 | 0.00 | DA | 0.00 | FA |
| 3 | Account-American Community Bank-proceeds from sa Debtor's claimed exemption in the amount of $14,800.00 is denied. Order entered September 13, 2010. | 14,800.00 | 14,800.00 | DA | 14,800.00 | FA |
| 4 | Rental security deposit-Anchor Properties | 10,000.00 | 0.00 | DA | 0.00 | FA |
| 5 | Security deposit-AT&T | 75.00 | 0.00 | DA | 0.00 | FA |
| 6 | Miscellaneous household goods & | 1,250.00 | 0.00 | DA | 0.00 | FA |
| 7 | Miscellaneous books & pictures-debtor's possessi | 120.00 | 0.00 | DA | 0.00 | FA |
| 8 | Necessary wearing apparel-debtor's possession | 350.00 | 0.00 | DA | 0.00 | FA |
| 9 | Miscellaneous jewelry-debtor's possession | 90.00 | 0.00 | DA | 0.00 | FA |
| 10 | 401(k) | 79,571.22 | 0.00 | DA | 0.00 | FA |
| 11 | IBEW pension; defined benefit-no cash value | 0.00 | 0.00 | DA | 0.00 | FA |
| 12 | 401(k) annuity | 35,684.09 | 0.00 | DA | 0.00 | FA |
| 13 | 401(k) | 82,819.87 | 0.00 | DA | 0.00 | FA |
| 14 | 100% interest in Go Green, Inc. | 0.00 | 0.00 | DA | 0.00 | FA |
| 15 | Ameritrade acct. | 1,953.98 | 313.98 | DA | 0.00 | FA |
| 16 | 2008 Chevrolet Silverado pickup truck subject to | 25,000.00 | 0.00 | DA | 0.00 | FA |
| 17 | Business furnishings-debtor's possession | 500.00 | 0.00 | DA | 0.00 | FA |
| 18 | Fixtures, shelving | 500.00 | 0.00 | DA | 0.00 | FA |
| 19 | Inventory (mostly donated clothing) | 0.00 | 0.00 | DA | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 0.15 | FA |
| 20 | Assets Totals (Excluding unknown values) | **$561,614.16** | **$15,113.98** | | **$14,800.15** | **$0.00** |

**Major Activities Affecting Case Closing:**

Exhibit 8

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 2

**Case Number:** 10-72776  
**Case Name:** GENTILE, SANDRA A.  

**Period Ending:** 04/08/11

**Trustee:** (330410) STEPHEN G. BALSLEY  
**Filed (f) or Converted (c):** 05/28/10 (f)  
**§341(a) Meeting Date:** 07/19/10  
**Claims Bar Date:** 10/27/10

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Initial Projected Date Of Final Report (TFR):** November 16, 2010      **Current Projected Date Of Final Report (TFR):** November 17, 2010 (Actual)

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 10-72776  
**Case Name:** GENTILE, SANDRA A.  

**Taxpayer ID #:** **-***1901  
**Period Ending:** 04/08/11

**Trustee:** STEPHEN G. BALSLEY (330410)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******65-65 - Money Market Account  
**Blanket Bond:** $1,500,000.00 (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| 11/16/10 | {3} | Sandra Gentile | American Community Bank account re: proceeds from sale of residence | 1129-000 | 14,800.00 | | 14,800.00 |
| 11/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.05 | | 14,800.05 |
| 12/27/10 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0100% | 1270-000 | 0.10 | | 14,800.15 |
| 12/27/10 | | To Account #9200******6566 | Transfer funds from MMA to Checking Account | 9999-000 | | 14,800.15 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 14,800.15 | 14,800.15 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 14,800.15 | |
| | | | **Subtotal** | | 14,800.15 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$14,800.15** | **$0.00** | |

{} Asset reference(s)

Printed: 04/08/2011 12:50 PM    V.12.56

## Form 2

Page: 2

### Cash Receipts And Disbursements Record

**Case Number:** 10-72776  
**Case Name:** GENTILE, SANDRA A.  

**Taxpayer ID #:** **-***1901  
**Period Ending:** 04/08/11  

**Trustee:** STEPHEN G. BALSLEY (330410)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******65-66 - Checking Account  
**Blanket Bond:** $1,500,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 12/27/10 | | From Account #9200******6565 | Transfer funds from MMA to Checking Account | 9999-000 | 14,800.15 | | 14,800.15 |
| 12/27/10 | 101 | Barrick, Switzer, Long, Balsley & Van Evera | Dividend paid 100.00% on $1,664.00, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 1,664.00 | 13,136.15 |
| 12/27/10 | 102 | STEPHEN G. BALSLEY | Dividend paid 100.00% on $2,230.00, Trustee Compensation; Reference: | 2100-000 | | 2,230.00 | 10,906.15 |
| 12/27/10 | 103 | Chase Bank USA, N.A. | Dividend paid 14.94% on $18,840.71; Claim# 1; Filed: $18,840.71; Reference: | 7100-000 | | 2,815.81 | 8,090.34 |
| 12/27/10 | 104 | Chase Bank USA, N.A. | Dividend paid 14.94% on $1,137.50; Claim# 2; Filed: $1,137.50; Reference: | 7100-000 | | 170.00 | 7,920.34 |
| 12/27/10 | 105 | PYOD LLC its successors and assigns as assignee of | Dividend paid 14.94% on $24,754.50; Claim# 3; Filed: $24,754.50; Reference: | 7100-000 | | 3,699.65 | 4,220.69 |
| 12/27/10 | 106 | Fia Card Services, NA/Bank of America | Dividend paid 14.94% on $28,240.81; Claim# 4; Filed: $28,240.81; Reference: | 7100-000 | | 4,220.69 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 14,800.15 | 14,800.15 | $0.00 |
| | | | Less: Bank Transfers | | 14,800.15 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 14,800.15 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | $0.00 | $14,800.15 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **MMA # 9200-******65-65** | 14,800.15 | 0.00 | 0.00 |
| **Checking # 9200-******65-66** | 0.00 | 14,800.15 | 0.00 |
| | $14,800.15 | $14,800.15 | $0.00 |

{} Asset reference(s)

Printed: 04/08/2011 12:50 PM    V.12.56